AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Derick Brown, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:19-cv-02020 |
| The Board of Trustees of the University of Illinois ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                                               .

Date:   05/24/2019                                              /s/ Christopher Wilson
                                                                              *Attorney's signature*

                                                                    Christopher B. Wilson - 6202139
                                                                        *Printed name and bar number*

                                                                              Perkins Coie, LLP
                                                                       131 S. Dearborn St., Suite 1700
                                                                               Chicago, IL 60603
                                                                                    *Address*

                                                                       CWilson@perkinscoie.com
                                                                                *E-mail address*

                                                                              (312) 324-8400
                                                                              *Telephone number*

                                                                              (312) 324-9400
                                                                                 *FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Derick Brown, et al.,  )
*Plaintiff*             )
v.                      )  Case No.  2:19-cv-02020
The Board of Trustees of the University of Illinois  )
*Defendant*             )

CERTIFICATE OF SERVICE

I certify that on  05/24/2019 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Counsel of Record,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ Christopher Wilson
*Attorney's signature*

Christopher B. Wilson - 6202139
*Printed name and bar number*

Perkins Coie, LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603
*Address*

CWilson@perkinscoie.com
*E-mail address*

(312) 324-8400
*Telephone number*

(312) 324-9400
*Fax number*