E-FILED
Thursday, 12 March, 2020  09:49:31 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| DERICK BROWN, ATIBA FLEMONS, and JEFFREY TAYLOR<br><br>On behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>Defendant. | Case No. 2:19-cv-02020<br><br>The Honorable Colin Stirling Bruce<br>Magistrate Judge Eric I. Long |

**MOTION FOR ENTRY OF PARTIALLY
AGREED PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendant the Board of Trustees of the University of Illinois ("University") moves the Court for entry of the attached Partially Agreed Protective Order (Exhibit A) for the reasons outlined in the accompanying memorandum in support of this Motion (Exhibit B).

Counsel for Plaintiffs and counsel for the University have met and conferred in a good faith effort to draft a mutually acceptable protective order. While the Parties were able to reach agreement on nearly every provision, we remain at an impasse over the scope of the definition of "Confidential Information" (disputed language highlighted in Exhibit G, p. 2). As outlined further in the memorandum in support of this Motion, the University submits that its definition of "Confidential Information" is necessary to protect the sensitive personal information of University employees who have no connection to this dispute.[1]

---

[1] Plaintiffs' counsel plans to file a response to this motion. Pursuant to Local Rule 7.1(B)(3), the University requests an opportunity to file a Reply to Plaintiffs' Response.

WHEREFORE, the University respectfully requests this Court enter the attached Protective Order.

Dated:  March 12, 2020

Respectfully Submitted,

**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS**

By: */s/ James A. Kilcup*
    One of Their Attorneys

    Christopher B. Wilson
    Jonathan Buck
    James A. Kilcup
    PERKINS COIE LLP
    131 South Dearborn Street
    Suite No. 1700
    Chicago, Illinois 60603-5559
    Tel:  (312) 324-8400
    Fax:  (312) 324-9400
    CWilson@perkinscoie.com
    JBuck@perkinscoie.com
    JKilcup@perkinscoie.com

2

## CERTIFICATE OF SERVICE

I, James A. Kilcup, certify that on March 12, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may also access this filing through the Court's ECF system.


By: /s/ *James A. Kilcup*