IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DERICK BROWN, ATIBA FLEMONS, and JEFFREY TAYLOR<br><br>On behalf of themselves and all others similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS<br><br>**Defendant.** | **UNOPPOSED**<br><br>2:19-cv-02020-JBM-EIL |

**AGREED MOTION TO EXTEND DEADLINE
TO FILE MOTION FOR CLASS CERTIFICATION**

This is a joint motion by all parties, pursuant to Local Rule 6.1, to request a brief extension of the following deadlines:

- Plaintiffs' Motion for Class Certification deadline of January 24, 2022, until January 28, 2022;

- Defendant's Response deadline of March 11, 2022, until March 18, 2022; and

- Plaintiff's deadline to seek leave to reply of March 25, 2022, until April 1, 2022.

The reason for the motion is that the parties are currently working to resolve issues related to documents designated as "confidential," pursuant to the Protective Order, Dkt 32, which Plaintiffs seek to file publicly with their Motion for Class Certification. The parties believe that a brief extension will allow the parties to resolve any disagreements and finalize documents for filing.

## CONCLUSION

THEREFORE, all parties respectfully request that the Court order that the deadline for Plaintiffs to file their Motion for Class Certification is extended to January 28, 2022, consistent with this Motion.

Dated: January 21, 2022

Respectfully Submitted,

| | |
|---|---|
| **DERICK BROWN, ATIBA FLEMONS and JEFFREY TAYLOR** | **THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS** |
| By: /s/ *Shilpa Narayan*<br>One of Their Attorneys | By: /s/ *Christopher B. Wilson*<br>One of Their Attorneys |
| Joshua M. Friedman<br>Jesse M. Centrella<br>Rebecca Houlding<br>Shilpa Anant Narayan | Christopher B. Wilson, ARDC # 6202139<br>Jonathan Buck, ARDC # 6281672<br>James A. Kilcup, ARDC # 6329923<br>Keith G. Klein, ARDC # 6313251 |
| **FRIEDMAN & HOULDING LLP**<br>1050 Seven Oaks Lane<br>Mamaroneck, New York 10543<br>888.369.1119 x 4<br>866.731.5553<br>Josh@friedmanhoudingllp.com<br>Jesse@friedmanhoudingllp.com<br>Rebecca@friedmanhoudingllp.com<br>Shilpa@friedmanhoudingllp.com | **PERKINS COIE LLP**<br>131 South Dearborn Street<br>Suite No. 1700<br>Chicago, Illinois 60603-5559<br>Tel: (312) 324-8400<br>Fax: (312) 324-9400<br>CWilson@perkinscoie.com<br>JBuck@perkinscoie.com<br>JKilcup@perkinscoie.com<br>KKlein@perkinscoie.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DERICK BROWN, ATIBA FLEMONS, and JEFFREY TAYLOR<br><br>On behalf of themselves and all others similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS<br><br>**Defendant.** | 2:19-cv-02020-CSB-EIL |

### CERTIFICATE OF SERVICE

I certify that on January 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: January 21, 2022
      Mamaroneck, New York

Respectfully Submitted,

By: /s/ Shilpa Narayan
Shilpa Narayan

**FRIEDMAN & HOULDING LLP**
*Counsel for Plaintiff*

1050 Seven Oaks Lane
Mamaroneck, NY 10543
Tel: 888.369.1119 x 11
Fax: 866.731.5553
shilpa@friedmanhoudinglp.com