## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| DERICK BROWN, ATIBA FLEMONS, and JEFFREY TAYLOR<br><br>On behalf of themselves and all others similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS<br><br>**Defendant.** | 2:19-cv-02020-JBM-EIL |

## JOINT STATUS REPORT

Plaintiffs Derick Brown, Atiba Flemons, and Jeffrey Taylor, on behalf of themselves and all others similarly situated ("Plaintiffs"), and The Board of Trustees of the Univ. of Illinois ("Defendant"), respectfully submit this status report in response to the Court's December 14, 2022 Order directing the parties to "meet and confer, then propose an amended schedule to the Court for any remaining outstanding discovery and dispositive motions." The parties state as follows:

1. The parties met and conferred regarding the scheduling of outstanding discovery and dispositive motions;

2. Plaintiffs are filing a Petition for Appeal to the Court of Appeals for the Seventh Circuit, in connection with the Court's Order denying Plaintiffs' motion for class certification, dkt. 74, pursuant to Fed. R. Civ. P. 23(f), by December 23, 2022;

3. Given the potential for Phase II discovery, *see* dkt 49 at 8, and any further ruling

bearing on the issues of liability relating to Plaintiffs' claims on the merits that might issue as a result of Plaintiffs' Rule 23(f) petition, Plaintiffs propose that the Court defer setting a briefing schedule and deadline for dispositive motions until the issuance of either the notice of denial of Plaintiffs' Rule 23(f) petition or notice of the outcome of any appeal considered by the Court of Appeals for the 7th Circuit stemming from the Rule 23(f) petition, upon which issuance, the parties can meet and confer to propose a schedule of Phase II discovery and/or dispositive motion briefing;

4. Defendant does not agree that a deadline for dispositive motions for Plaintiffs' individual claims should be stayed. The parties conducted extensive discovery for over two years, from June 24, 2019 to July 6, 2021. That included discovery relating to both "the merits of the claims brought by the Individually Named Plaintiffs (including damages)" and "the prerequisites to class certification pursuant to Fed. R. Civ. P. 23(a)." Additional discovery is not needed for Plaintiffs' individual claims. And no appellate decision stemming from Plaintiffs' Rule 23(f) petition will relate to Plaintiffs' individual claims. Defendant proposes a schedule allowing sixty (60) days from today for the filing of dispositive motions, or a dispositive motion deadline of February 20, 2023, with Response brief(s) due three weeks later, on March 13, 2023, and Reply brief(s) due no later than March 27, 2023;

5. Plaintiffs counter-propose that if the Court does not defer the setting of a briefing schedule and deadline for dispositive motions until resolution of Plaintiffs' Rule 23(f) petition and possible appeal, or requires that any postponement of briefing be requested in a formal Motion to Stay, that the Court in settling a briefing schedule allow for additional time for briefing dispositive motions, given the multiple Plaintiffs

and factual claims involved, allotting equal briefing time for filing moving papers with respect to dispositive motions and responses thereto, as follows: a dispositive motion deadline of February 20, 2023, response brief(s) due sixty (60) days later, or April 21, 2023, and reply brief(s) due on May 5, 2023.

Dated: December 23, 2022

Respectfully Submitted,

| | |
|---|---|
| **DERICK BROWN, ATIBA FLEMONS and JEFFREY TAYLOR** | **THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS** |
| By: /s/ *Joshua M. Friedman* <br> One of Their Attorneys | By: /s/ *Christopher B. Wilson* <br> One of Their Attorneys |
| Joshua M. Friedman <br> Jesse M. Centrella <br> Rebecca Houlding <br> Shilpa Anant Narayan | Christopher B. Wilson, ARDC # 6202139 <br> Jonathan Buck, ARDC # 6281672 <br> James A. Kilcup, ARDC # 6329923 <br> Keith G. Klein, ARDC # 6313251 |
| **FRIEDMAN & HOULDING LLP** <br> 1050 Seven Oaks Lane <br> Mamaroneck, New York 10543 <br> 888.369.1119 x 4 <br> 866.731.5553 <br> Josh@friedmanhouldingllp.com <br> Jesse@friedmanhouldingllp.com <br> Rebecca@friedmanhouldingllp.com <br> Shilpa@friedmanhouldingllp.com | **PERKINS COIE LLP** <br> 131 South Dearborn Street <br> Suite No. 1700 <br> Chicago, Illinois 60603-5559 <br> Tel: (312) 324-8400 <br> Fax: (312) 324-9400 <br> CWilson@perkinscoie.com <br> JBuck@perkinscoie.com <br> JKilcup@perkinscoie.com <br> KKlein@perkinscoie.com |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| DERICK BROWN, ATIBA FLEMONS, and JEFFREY TAYLOR<br><br>On behalf of themselves and all others similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS<br><br>**Defendant.** | 2:19-cv-02020-JBM-EIL |

## CERTIFICATE OF SERVICE

I certify that on December 23, 2022, I electronically filed the foregoing **Joint Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: December 23, 2022
      Mamaroneck, New York

Respectfully Submitted,

By: /s/ Shilpa Narayan
Shilpa Narayan
**FRIEDMAN & HOULDING LLP**
*Counsel for Plaintiff*

1050 Seven Oaks Lane
Mamaroneck, NY 10543
Tel: 888.369.1119 x 11
Fax: 866.731.5553
shilpa@friedmanhouldingllp.com