IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DERICK BROWN, ATIBA FLEMONS, and JEFFREY TAYLOR<br><br>On behalf of themselves and all others similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS<br><br>**Defendant.** | 2:19-cv-02020-JBM-EIL |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S
MOTIONS FOR SUMMARY JUDGMENT, DOC. 80, 81, 82, 83, 84, & 85**

Plaintiffs Derick Brown, Atiba Flemons, and Jeffrey Taylor ("Plaintiffs") hereby notify and advise the Court that they do not oppose Defendant's motions for summary judgment on their individual claims, Doc. 80, 81, 82, 83, 84, & 85.

No party waives any right except as expressly stated herein.

Dated: June 2, 2023

                                                                                        Respectfully Submitted,

                                                                                        By: /s/ Shilpa Narayan
                                                                                        Shilpa Narayan
                                                                                        Rebecca Houlding
                                                                                        Joshua Friedman

                                                                                       **FRIEDMAN & HOULDING LLP**
                                                                                        1050 Seven Oaks Lane
                                                                                        Mamaroneck, NY 10543
                                                                                        Tel: 888.369.1119 x 11

Fax: 866.731.5553
shilpa@friedmanhouldingllp.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| DERICK BROWN, ATIBA FLEMONS, and JEFFREY TAYLOR<br><br>On behalf of themselves and all others similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS<br><br>**Defendant.** | 2:19-cv-02020-JBM-EIL |

## CERTIFICATE OF SERVICE

I certify that on June 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: June 2, 2023
       Mamaroneck, New York

Respectfully Submitted,

By: /s/ Shilpa Narayan
Shilpa Narayan
**FRIEDMAN & HOULDING LLP**
*Counsel for Plaintiff*

1050 Seven Oaks Lane
Mamaroneck, NY 10543
Tel: 888.369.1119 x 11
Fax: 866.731.5553
shilpa@friedmanhouldingllp.com