IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DERICK BROWN, ATIBA FLEMONS, and JEFFREY TAYLOR,<br><br>  Plaintiffs,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>  Defendant. | Case No. 2:19-cv-02020-JBM-EIL<br><br>Honorable Joe Billy McDade<br><br>Magistrate Judge Eric I. Long |

**DEFENDANT'S REPLY IN SUPPORT OF ITS
MOTIONS FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CLAIMS**

On April 3, 2023, Defendant the Board of Trustees of the University of Illinois (the "University") filed its Motions for Summary Judgment as to the individual claims asserted by Plaintiffs Derick Brown, Atiba Flemons, and Jeffrey Taylor pursuant to Rule 56 of the Federal Rules of Civil Procedure. *See* Dkt. 80–86. On June 2, 2023, the date for their response brief, Plaintiffs filed a pleading to "advise the Court that they do not oppose [the University's] motions for summary judgment on their individual claims." *See* Dkt. 87.

Accordingly, for the reasons stated in the University's Motions for Summary Judgment and supporting documents, including its Local Rule 7.1(D) Statement of Undisputed Material Facts (Dkt. 86), and because Plaintiffs neither oppose summary judgment being entered in the University's favor nor have contested any of the facts provided by the University, the University respectfully requests that the Court grant the University's Motions for Summary Judgment.

**WHEREFORE**, the University respectfully requests that the Court enter an order granting the University's Motions for Summary Judgment as to the individual claims asserted by Plaintiffs Derick Brown, Atiba Flemons and Jeffery Taylor, and issue any other just and

equitable relief which the Court deems appropriate.

Dated: June 12, 2023                                Respectfully Submitted,

                                              **DEFENDANT THE UNIVERSITY OF ILLINOIS**

By:     */s/ Christopher B. Wilson*
         One of Its Attorneys

         Christopher B. Wilson
         Jonathan R. Buck
         **PERKINS COIE LLP**
         110 North Wacker, Suite 3400
         Chicago, IL 60606-1511
         Tel: (312) 324-8400
         Fax: (312) 324-9400
         cwilson@perkinscoie.com
         jbuck@perkinscoie.com

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, certify that on June 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of June 2023.

*s/ Christopher B. Wilson*
Christopher B. Wilson
Jonathan R. Buck
**PERKINS COIE LLP**
110 North Wacker, Suite 3400
Chicago, IL 60606-1511
Tel: (312) 324-8400
Fax: (312) 324-9400

*One of the Attorneys for Defendant University of Illinois*