Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**

SEP 2 9 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Derick Brown, Atiba Flemons, and )
Jeffrey Taylor, )
   )
   Plaintiffs, )
   )
vs. ) Case Number: 19-2020
   )
The Board of Trustees of the University )
of Illinois, )
   )
   Defendant. )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs Derick Brown, Atiba Flemons, and Jeffrey Taylor recover nothing on their claims against Defendant The Board of Trustees of the University of Illinois.

Dated: 9/29/23

                                      s/ Shig Yasunaga
                                      Shig Yasunaga
                                      Clerk, U.S. District Court

*approved.*